DENNIS J. HERRERA, State Bar #139669
City Attorney
ELAINE M. O'NEIL, State Bar #142234
DAVID R. HOBSTETTER, State Bar # 277344
Deputy City Attorney
Fox Plaza
1390 Market Street, 4th Floor, Suite 425
San Francisco, California 94102-5408
Telephone:     (415) 554-3867
Facsimile:     (415) 255-0733
E-Mail:        David.Hobstetter@sfgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY AND COUNTY OF SAN FRANCISCO, | Case No. 16-cv-05234-MEJ (EDL) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL |
| vs. | |
| UNITED AIRLINES, INC.; and DOES 1 through 10, | |
| Defendants. | |

The parties have stipulated that a settlement agreeable to all parties has been reached in the above-mentioned matter, and they request that this case be dismissed with prejudice.

IT IS SO ORDERED.

DATED: 9/8/2017

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge